FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 11  PM 2:22

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| KEITH HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES E. GRAHAM, Magistrate )<br>Judge; LISA GODBEY WOOD, )<br>District Judge; W. LEON )<br>BARFIELD, Magistrate Judge; )<br>DUDLEY H. BOWEN, JR., District )<br>Judge; Scott L. Proff, Deputy Clerk, )<br>)<br>Defendants. ) | Case No.   CV312-085 |

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of Oct., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA