FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 OCT 11 PM 2:22
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KEITH HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV312-085 |
| | ) | |
| JAMES E. GRAHAM, Magistrate Judge; LISA GODBEY WOOD, District Judge; W. LEON BARFIELD, Magistrate Judge; DUDLEY H. BOWEN, JR., District Judge; Scott L. Proff, Deputy Clerk, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of Oct., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA